PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRIAR "SEAN" LOLOEE and KARLA MONTOYA,<br><br>Defendants. | CASE NO. 2:23-cr-0320 KJM<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew Thuesen to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: December 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND [PROPOSED] ORDER

3