UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00320-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| SHAHRIAR LOLOEE, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHAHRIAR LOLOEE Case No. 2:23-cr-00320-KJM  Charges 18 USC §371 from custody for the following reasons:

| X | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ _____ |
|   | Unsecured Appearance Bond $ _____ |
|   | Appearance Bond with 10% Deposit |
|   | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| X | (Other): Released forthwith with terms as stated on the record. Defendant must also report directly to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/18/2023. |

Issued at Sacramento, California on December 15, 2023 at 3:10 PM.

Dated: December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE