PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Mar 21, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-0230 KJM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| SHAHRIAR "SEAN" LOLOEE, KARLA MONTOYA, MIRWAIS SHAMS, and AHMAD "SHAH" SHAMS, | **(UNDER SEAL)** |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney AUDREY

B. HEMESATH to Seal Indictment, and this Order, in the above-referenced case. shall be sealed until

the arrest of the defendants or until further order of

Dated:  March 21, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT                1