PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAHRIAR "SEAN" LOLOEE, <br> KARLA MONTOYA, <br> MIRWAIS SHAMS, and <br> AHMAD "SHAH" SHAMS, <br><br> Defendants. | CASE NO. 2:23-CR-320 KJM <br><br> ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to disclose grand jury transcripts related to this case to defendants as discovery.

DATED: March 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1