DOWNEY BRAND LLP
SHERRY HAUS (Bar No. 215123)
shaus@DowneyBrand.com
KEVIN J. ROONEY (Bar No. 282017)
krooney@DowneyBrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000

LAW OFFICE OF TOM JOHNSON
TOM JOHNSON (Bar No. 119203)
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
Telephone:   916.444.1000

Attorneys for Defendant
SEAN LOLOEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0320 KJM |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT SEAN LOLOEE'S REQUEST TO EXCEED PAGE LIMITATION WITH RESPECT TO DEFENDANT'S MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE** |
| v. | |
| SHAHRIAR "SEAN" LOLOEE and KARLA MONTOYA, | |
| Defendants. | Date:<br>Time:<br>Dept.:<br>Judge:   Hon. Kimberly J. Mueller |

Before the Court is the Request for Leave to Exceed Page Limits with Respect to Defendant Sean Loloee's ("Loloee") Motion to Suppress Search Warrant Evidence ("Motion"). Having considered Loloee's request and the papers and arguments in support thereof, and good cause appearing, the Court hereby GRANTS the request. Accordingly, IT IS ORDERED that:

1. Defendant Sean Loloee may file a 75-page memorandum of points and authorities in support of said Motion;

2. Any opposition brief to the Motion shall not exceed 75 pages; and

3. Any reply thereto shall not exceed 35 pages.

4094805.1

1  IT IS SO ORDERED.

2 DATED: July 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4094805.1

2

ORDER GRANTING DEFENDANT SEAN LOLOEE'S REQUEST TO EXCEED PAGE LIMITATION WITH RESPECT TO DEFENDANT'S MOTION TO SUPPRESS SEARCH WARRANT EVIDENCE