PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-320 KJM |
| Plaintiff, | STIPULATION AND ORDER RE: BRIEFING SCHEDULE |
| v. | Hearing Date: October 21, 2024 |
| SHAHRIAR "SEAN" LOLOEE, | |
| Defendant. | |

The parties have met and conferred and hereby agree to the following briefing schedule for the motions discussed at the most recent status conference:

- August 9, 2024: deadline for filing defense motions pursuant to Fed. Crim. P. Rule 12
- September 20, 2024: deadline for filing government oppositions
- October 8, 2024: deadline for defense replies
- October 21, 2024: hearing date

1

Dated: August 7, 2024  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *AUDREY B. HEMESATH*
AUDREY B. HEMESATH
Assistant United States Attorney

Dated: August 7, 2024  By: */s/ SHERRY HAUS*
SHERRY HAUS
Counsel for SHAHRIAR
"SEAN" LOLOEE

## ORDER

IT IS SO ORDERED.

DATED: August 9, 2024.

CHIEF UNITED STATES DISTRICT JUDGE

2