PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00320-KJM |
|---|---|
| Plaintiff, | ORDER SEALING DVD |
| v. | |
| SHAHRIAR "SEAN" LOLOEE, ET AL., | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's DVD containing a recorded interview of defendant Shahriar "Sean" Loloee shall be SEALED until further order of this Court. The government is directed to file a Notice of Lodging and the DVD with the Clerks Office.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

DATED: October 3, 2024.

UNITED STATES DISTRICT JUDGE

1