PHILLIP A. TALBERT
United States Attorney
AUDREY HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> v. <br><br> SHAHRIAR "SEAN" LOLOEE, <br> KARLA MONTOYA, <br> MIRWAIS SHAMS, and <br> AHMAD "SHAH" SHAMS, <br><br>   Defendants. | CASE NO. 2:23-CR-00320-KJM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. On October 22, 2024, the Court held a hearing on the defendants' motions to suppress evidence. The Court did not set a further status conference on that date, nor did the parties seek to exclude time under the Speedy Trial Act. The Court took the suppression motions under submission pending filing of supplemental briefing, which concluded on November 15, 2024.

2. By this stipulation, the parties now request that the Court enter an order excluding time under the Speedy Trial Act between February 25, 2025, and May 13, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery production has been ongoing, particularly as the parties navigate complex issues of attorney-client privilege.

  b) The discovery in this case consists of at least ten terabytes of data that was previously produced to defense counsel on multiple hard drives. The discovery in this case also includes dozens of boxes of physical employment records, which must be reviewed in person. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. To date, defense counsel has reviewed more than 5,000 pages of discovery and continues to do so.

  c) Counsel for all defendants desire additional time to review produced discovery, conduct investigation and research relevant to the charges facing their clients, and otherwise prepare for trial. Counsel for all defendants believe that this process will take until at least the end of February.

  d) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 25, 2025, to May 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: February 24, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ SAM STEFANKI<br>AUDREY HEMESATH<br>MATTHEW THUESEN<br>SAM STEFANKI<br>Assistant United States Attorneys |
| Dated: February 24, 2025 | /s/ SHERRY D.H. HAUS<br>SHERRY D.H. HAUS<br>Counsel for Defendant SHAHRIAR LOLOEE |
| Dated: February 24, 2025 | /s/ KEVIN JAMES ROONEY<br>KEVIN JAMES ROONEY<br>Counsel for Defendant SHAHRIAR LOLOEE |
| Dated: February 24, 2025 | /s/ THOMAS A. JOHNSON<br>THOMAS A. JOHNSON<br>Counsel for Defendant SHAHRIAR LOLOEE |
| Dated: February 24, 2025 | /s/ WILIAM J. PORTANOVA<br>WILLIAM J. PORTANOVA<br>Counsel for Defendant KARLA MONTOYA |
| Dated: February 24, 2025 | /s/ MICHAEL D. LONG<br>MICHAEL D. LONG<br>Counsel for Defendant MIRWAIS SHAMS |
| Dated: February 24, 2025 | /s/ TIMOTHY E. WARRINER<br>TIMOTHY E. WARRINER<br>Counsel for Defendant AHMAD SHAMS |

/////
/////
/////

## ORDER

IT IS SO FOUND AND ORDERED this 25th day of February, 2025.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4