MICHELE BECKWITH
Acting United States Attorney
AUDREY HEMESATH
MATTHEW THUESEN
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00320-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SHAHRIAR "SEAN" LOLOEE, KARLA MONTOYA, MIRWAIS SHAMS, and AHMAD "SHAH" SHAMS, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on May 27, 2025. Mins., ECF No. 148. Also by previous order, time under the Speedy Trial Act was excluded through May 13, 2025. Order, ECF No. 144.

2. By this stipulation, the parties now request that the Court enter an order excluding time under the Speedy Trial Act between May 13, 2025, and May 27, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery in this case consists of at least ten terabytes of data that was previously produced to defense counsel on multiple hard drives. The discovery in this case also includes dozens of boxes of physical employment records, which must be reviewed in person.

All of this discovery has been either produced directly to defense counsel and/or made available for inspection and copying. To date, defense counsel has reviewed hundreds of thousands of pages of discovery and continues to do so.

      b)      Between May 13 and May 27, counsel for all defendants will continue reviewing produced discovery, conducting investigation and research relevant to the charges facing their clients, and otherwise preparing for trial. Counsel for all defendants anticipate informing the Court of an updated estimate for when this process will be complete at the upcoming status conference.

      c)      Counsel for the defendants believe that failure to grant the above-requested exclusion would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the requested exclusion of time.

      e)      Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2025, to May 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from an exclusion granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 8, 2025          MICHELE BECKWITH
                            Acting United States Attorney

                            /s/ SAM STEFANKI
                            AUDREY HEMESATH
                            MATTHEW THUESEN
                            SAM STEFANKI
                            Assistant United States Attorneys

Dated: May 8, 2025          /s/ SHERRY D.H. HAUS
                            SHERRY D.H. HAUS
                            Counsel for Defendant SHAHRIAR LOLOEE

Dated: May 8, 2025          /s/ KEVIN JAMES ROONEY
                            KEVIN JAMES ROONEY
                            Counsel for Defendant SHAHRIAR LOLOEE

Dated: May 8, 2025          /s/ THOMAS A. JOHNSON
                            THOMAS A. JOHNSON
                            Counsel for Defendant SHAHRIAR LOLOEE

Dated: May 8, 2025          /s/ WILIAM J. PORTANOVA
                            WILLIAM J. PORTANOVA
                            Counsel for Defendant KARLA MONTOYA

Dated: May 8, 2025          /s/ MICHAEL D. LONG
                            MICHAEL D. LONG
                            Counsel for Defendant MIRWAIS SHAMS

Dated: May 8, 2025          /s/ TIMOTHY E. WARRINER
                            TIMOTHY E. WARRINER
                            Counsel for Defendant AHMAD SHAMS

### ORDER

IT IS SO FOUND AND ORDERED this 29th day of May, 2025 (nunc pro tunc to May 8, 2025).

_____
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME         3
PERIODS UNDER SPEEDY TRIAL ACT