BUCHALTER
A Professional Corporation
SHERRY HAUS (SBN: 215123)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: shaus@buchalter.com

LAW OFFICE OF KEVIN J. ROONEY, P.C.
KEVIN ROONEY (SBN 282017)
3425 Brookside Road, Suite A
Stockton, CA 95219
T: (209) 200-8729
Email: kevin@kevinrooneylaw.com

LAW OFFICE OF THOMAS A. JOHNSON
THOMAS A. JOHNSON (SBN 119203)
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
T: (916) 442-4022
Email: taj@tomjohnsonlaw.com

Attorneys for Defendant
SEAN LOLOEE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>SHAHRIAR "SEAN" LOLOEE, KARLA MONTOYA, MIRWAIS SHAMS, and AHMAD "SHAH" SHAMS,<br><br>   Defendants. | Case No. 2:23-CR-00320-TLN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   September 18, 2025<br>Time:   9:30 AM<br>Judge:  Hon. Troy L. Nunley |

**STIPULATION**

1.  Defendants Sean Loloee, Karla Montoya, Mirwais Shams, and Shah Shams, by and through their undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Thursday, September 18, 2025, at 9:30 AM, be vacated and continued until Thursday, October 9, 2025, at 9:30 AM.

2.  The parties agree that a short continuance is necessary due to a medical procedure

of Mr. Loloee.

3. By previous order, this matter was set for status on July 10, 2025. (Mins., ECF No. 155.) Also by previous order, time under the Speedy Trial Act was excluded through September 23, 2025. (Order, ECF No. 153.)

4. By this stipulation, the parties now request that the Court enter an order excluding time under the Speedy Trial Act between September 23, 2025, and October 9, 2025, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery in this case consists of at least ten terabytes of data that was previously produced to defense counsel on multiple hard drives. The discovery in this case also includes dozens of boxes of physical employment records, which must be reviewed in person, which has been either produced directly to defense counsel and/or made available for inspection and copying. To date, defense counsel has reviewed hundreds of thousands of pages of discovery and the government continues to produce discovery.

   b) The government does not object to the requested exclusion of time.

   c) Based on the above-stated findings, the ends of justice served by excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 23, 2025, to October 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from an exclusion granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

        IT IS SO STIPULATED.

Dated: September 3, 2025         ERIC GRANT  
                                            Interim United States Attorney

                                            /s/ SAM STEFANKI  
fair                                  AUDREY HEMESATH  
                                            MATTHEW THUESEN  
                                            SAM STEFANKI  
                                            Assistant United States Attorneys

Dated: September 3, 2025         /s/ SHERRY D.H. HAUS  
                                            SHERRY D.H. HAUS  
                                            Counsel for Defendant SEAN LOLOEE

Dated: September 3, 2025         /s/ KEVIN JAMES ROONEY  
                                            KEVIN JAMES ROONEY  
                                            Counsel for Defendant SEAN LOLOEE

Dated: September 3, 2025         /s/ THOMAS A. JOHNSON  
                                            THOMAS A. JOHNSON  
                                            Counsel for Defendant SEAN LOLOEE

Dated: September 3, 2025         /s/ WILIAM J. PORTANOVA  
                                            WILLIAM J. PORTANOVA  
                                            Counsel for Defendant KARLA MONTOYA

Dated: September 3, 2025         /s/ MICHAEL D. LONG  
                                            MICHAEL D. LONG  
                                            Counsel for Defendant MIRWAIS SHAMS

Dated: September 3, 2025         /s/ TIMOTHY E. WARRINER  
                                            TIMOTHY E. WARRINER  
                                            Counsel for Defendant AHMAD SHAMS

BUCHALTER  
A PROFESSIONAL CORPORATION  
SACRAMENTO

**ORDER**

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
Troy L. Nunley
Chief United States District Judge