THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for SHAHRIAR "SEAN" LOLOEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHRIAR "SEAN" LOLOEE AND KARLA MONTOYA, MIRWAIS SHAMS, AND AHMAD "SHAH" SHAMS,<br><br>Defendants. | Case No.: 2:23-cr-00320-TLN-1<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing of Sean Loloee scheduled for October 15, 2026 at 9:30am in Courtroom 2 is continued to November 19, 2026 at 9:30am in the same courtroom. The continuance is being requested because Mr. Loloee is attempting to sell his stores to be able to pay restitution and keep his workers employed. The PSR schedule is amended as follows:

Judgment and Sentencing date: November 19, 2026

Reply or Statement November 12, 2026

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 5, 2026 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 29, 2026 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 22, 2026 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 8, 2026 |

**IT IS SO STIPULATED.**

DATED: September 4, 2026

ERIC GRANT
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATE: September 4, 2026

**LAW OFFICE OF THOMAS A. JOHNSON**

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for SHAHRIAR LOLOEE

**ORDER**

IT IS SO ORDERED:

DATED: September 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE